**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CITY OF JACKSONVILLE, FLORIDA and JEA, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:18-cv-1174-BDJ-JRK |
| MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, ) ) ) | |
| Defendant. ) | |

**NOTICE OF POTENTIAL STATEMENT OF INTEREST BY THE UNITED STATES**

The United States, acting on behalf of the United States Department of Energy, respectfully notifies the Court that the United States Department of Justice is considering whether to file a Statement of Interest under 28 U.S.C. § 517 relating to pending motions to remand this case to state court. Currently, two motions for remand are pending, one filed by the City of Jacksonville, and the other by the Jacksonville Energy Authority. *See* ECF Nos. 28 (motion to remand by Plaintiff JEA) & 29 (motion to remand by Plaintiff City of Jacksonville). The motions have been fully briefed.

1.  The United States' consideration of whether to file a Statement of Interest in this matter has been impacted by the lapse in government funding. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department of Justice does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2. The United States files this notice in hopes that the Court will reserve ruling on the pending motions to remand until such time as the United States either files a Statement of Interest or notifies the Court that it will not file a Statement of Interest. The United States expects to make this filing as soon as practicable after Congress restores funding that enables the Department of Justice to resume its usual litigation functions.

DATED: January 7, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

/s/
RUTH A. HARVEY
KIRK T. MANHARDT
J. TAYLOR McCONKIE
RODNEY MORRIS
United States Department of Justice
1100 L Street, N.W., No. 7016
Washington, D.C., 20005
(202) 307-0244
john.t.mcconkie@usdoj.gov

*Attorneys for the United States*