**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CITY OF JACKSONVILLE, FLORIDA and JEA, <br><br> Plaintiffs, <br><br> v. <br><br> MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, <br><br> Defendant. | Case No. No. 3:18-cv-1174-BDJ-JRK |

**DEFENDANT MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA'S**
**RESPONSE TO DEPARTMENT OF JUSTICE'S**
**NOTICE OF POTENTIAL STATEMENT OF INTEREST BY THE UNITED STATES**

On January 7, 2019, the United States Department of Justice submitted to this Court a Notice of Potential Statement of Interest by the United States. (ECF #58). The Notice informs the Court that the DOJ is "considering whether to file a Statement of Interest under 28 U.S.C. § 517 relating to pending motions to remand this case to state court," but that it is currently unable to do so in light of the ongoing government shutdown. *Id.* at 1-2. The Notice asks the Court to reserve ruling on Plaintiffs' pending motions for remand until the DOJ can either file a Statement of Interest or notify the Court that it will not be filing such a Statement. *Id.*

Defendant Municipal Electric Authority of Georgia ("MEAG") has already moved for this Court to stay this case, and in particular Plaintiffs' pending remand motions, while parallel and first-filed proceedings continue in the Northern District of Georgia. (ECF ##30, 39). The DOJ's Notice provides further reason for this Court to effect such a stay. MEAG

agrees that awaiting the DOJ's Statement of Interest is the prudent course given the significant federal interests in this case. *See* Dkt. 22 at 11 (U.S. Department of Energy has committed to guarantee up to $577.4 million in loans to the underlying project in this case).

Plaintiffs have asked the Court to "reject" the DOJ's Notice. (ECF #59). They argue, in part, that any Statement of Interest from the United States would be "unhelpful" and cause prejudice. *Id.* at 3-4. The first concern is premature. This case clearly implicates federal interests because it is directly related both to the United States Government's stated interest in preserving nuclear power generation in the U.S. and to hundreds of millions of dollars in loans committed by the U.S. Department of Energy. The Court and the parties should expect that the DOJ's eventual Statement of Interest will explain why those interests counsel in favor of maintaining a federal forum for this dispute. Given the inherently equitable nature of the Plaintiffs' motions to remand, the federal government's interests may bear on the Court's resolution of those motions.

The second concern (alleged prejudice) is nonexistent. MEAG has previously explained why this Court should not even consider Plaintiffs' motions to remand until the first-filed court in the Northern District of Georgia decides whether to enjoin JEA from further prosecuting this Florida action. *See* ECF # 30 at 8-11, ECF # 39 at 5-7. The relevant motions in both this Court and in Georgia remain pending, and until those antecedent motions are decided, there can be no delay of the motions to remand. In any event, any purported delay would not cause any prejudice. Plaintiffs have already consented to a discovery schedule that extends into the spring of 2020 (ECF #36), and they have never suggested there is any urgency to their request for a discretionary remand. Finally, MEAG

does not believe that Plaintiffs will be prejudiced by "additional briefing" between well-counseled parties that will further assist this Court in resolving the motions. (ECF #59 at 4).

Date:   January 17, 2019

Respectfully submitted,

*/s/ Rebecca Woods*
Rebecca Woods
(admitted pro hac vice)
Seth Fortin
(admitted pro hac vice)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone:   (404) 885-1500
Facsimile:    (404) 892-7056
*rwoods@seyfarth.com*
*sfortin@seyfarth.com*

Michael Levinson
(admitted pro hac vice)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000
*mlevinson@seyfarth.com*

J. Peter Coll, Jr.
(pro hac admission pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-3790
*pcoll@orrick.com*

*Attorneys for Defendant MEAG Power*

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to those persons registered to receive it in this case.

*s/ Rebecca Woods*
Rebecca Woods