**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, FLORIDA
and JEA,

    Plaintiffs,

vs.                                            Case No. 3:18-cv-1174-J-39JRK

MUNICIPAL ELECTRIC AUTHORITY
OF GEORGIA,

    Defendant.
_____

**JEA'S RESPONSE TO DEFENDANT'S REQUEST FOR**
**JUDICIAL NOTICE REGARDING FERC ORDER**

Plaintiff JEA ("JEA") hereby responds to MEAG's Request for Judicial Notice Regarding FERC Order Denying JEA's Petition (Doc. 65) (the "Request for Judicial Notice") filed on February 21, 2019 in violation of this Court's Local Rules.[1] JEA does not dispute the fact of entry of the FERC Order, but notes that it remains subject to reconsideration among other relief.[2] More importantly, JEA has made clear from the outset in this and the pending Georgia action that issues of Florida law are antecedent to all other questions raised by the dispute between these parties. As JEA expressed in its Motion to Remand filed in this case: "fundamental state law issues before this Court of whether JEA had the requisite authority to enter into the PPA raise seminal questions that could operate to invalidate the PPA and moot the FERC proceedings." (Doc. 28, at 6-7).

---

[1] Although the Request for Judicial Notice seeks affirmative relief from the Court, MEAG did not confer with JEA prior to filing it, as JEA did when it filed its own Request for Judicial Notice in this litigation. (*See* Doc. 27 at 4) (certifying conference with counsel for MEAG prior to filing).

[2] JEA has thirty days after issuance of the Order to file a request for rehearing. If JEA's request for rehearing is denied and/or FERC's affirms its original Order, JEA may appeal the decision to the U.S. Court of Appeals. *See* 18 C.F.R. § 385.713.

Entry of the FERC Order, which concerns the secondary matter of FERC's jurisdiction, does not in any way impact these antecedent state law questions.

Entry of the FERC order also does not alter the fact that JEA's Motion to Dismiss, or, Alternatively, to Stay filed in the Georgia lawsuit ("Georgia Motion to Dismiss or Stay") is premised on the precedence of these antecedent issues of Florida law, which are unrelated to FERC's jurisdiction over the PPA, or that the Georgia Motion to Dismiss or Stay remains pending before the Georgia Court.[3]  For instance, that Motion advised the Georgia Court that the issue of JEA's authority to enter into the PPA as a matter of Florida law "is antecedent to other issues concerning the PPA's validity, lawfulness, and enforceability, and the parties' obligations thereunder." (Doc. 27, Ex. 5 at 6). While FERC has ruled for now that it does not have jurisdiction over the PPA, nothing about FERC's decision changes the claims raised in this action or the legal analysis in this Court.[4]

Moreover, nothing in FERC's decision changes this Court's remand analysis under the *Brillhart/Wilton* abstention doctrine. As set forth in Plaintiffs' pending Motions to Remand, as well as in their Response to the United States' Statement of Interest, this case should be properly heard and decided in the state courts of Florida, which Plaintiffs respectfully submit is the appropriate forum to decide the complex and novel Florida constitutional and statutory issues raised in this action.

---

[3] This motion was filed on October 2, 2018, and remains pending.  It was attached as Exhibit 5 to JEA's Partially Unopposed Request for Judicial Notice filed herein on October 31, 2018. (Doc. 27).

[4] MEAG suggests in footnote 1 of its Request for Judicial Notice that JEA has not mentioned the FERC Petition in this proceeding, which is untrue. JEA's Partially Unopposed Request for Judicial Notice filed herein on October 31, 2018, (Doc. 27) attached the FERC Petition as Exhibit 1 and the Georgia Motion to Dismiss or Stay (which discusses the FERC Petition in detail) as Exhibit 5.  Thus, JEA not only brought the FERC petition to this Court's attention, but it asked the Court to take judicial notice of it, along with papers filed by JEA in which JEA detailed the order in which the three pending actions should be adjudicated.

Respectfully submitted this 6th day of March, 2019.

                    HOLLAND & KNIGHT LLP

                    By: /s/ J. Allen Maines
                        George E. Schulz, Jr.
                        Florida Bar No. 169507
                        Buddy.schulz@hklaw.com
                            Wanda.adair@hklaw.com
                        Lawrence J. Hamilton II
                        Florida Bar No. 335691
                        Larry.hamilton@hklaw.com
                            Kathleen.griffith@hklaw.com
                        Joshua H. Roberts
                        Florida Bar No. 42029
                        Josh.Roberts@hklaw.com
                            Cathy.luke@hklaw.com
                        Michael M. Gropper
                        Florida Bar No. 105959
                        Michael.gropper@hklaw.com
                            Lynette.matthison@hklaw.com
                        50 N. Laura Street, Suite 3900
                        Jacksonville, FL 32202
                        (904) 353-2000
                        Fax:  (904) 358-1872

                        J. Allen Maines
                        Florida Bar No. 226270
                        Allen.maines@hklaw.com
                        Jacquelyn Thomas Watts
                        Florida Bar No. 112761
                        Jacquelyn.watts@hklaw.com
                        1180 West Peachtree Street NW
                        Atlanta, GA 30309

                        BEDELL, DITTMAR, DeVAULT,
                        PILLANS & COXE, P.A.
                        Henry M. Coxe, III
                        Florida Bar No. 155193
                        hmc@bedellfirm.com
                        Michael E. Lockamy
                        Florida Bar No. 69626
                        mel@bedellfirm.com
                        John G. Woodlee
                        Florida Bar No. 0100990
                        jgw@bedellfirm.com

The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Attorneys for Plaintiff JEA*