**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, FLORIDA and JEA,

Plaintiffs,

v.

MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA,

Defendant.

Case No. 3:18-cv-01174-BJD-JRK

**REQUEST FOR JUDICIAL NOTICE REGARDING LAPSE OF THIRTY-DAY WINDOW FOR JEA TO REQUEST REHEARING OF FERC ORDER DENYING JEA'S PETITION**

Pursuant to Federal Rule of Evidence 201, and relevant to MEAG's Motions to Dismiss and Transfer (ECF #33, 34) and MEAG's Motion for an Order to Stay All Proceedings Pending Resolution (ECF #30), MEAG respectfully requests the Court take judicial notice of the following:

1. JEA filed a petition with the Federal Energy Regulatory Commission ("FERC") on September 17, 2018, arguing that the FERC had, and should exercise, exclusive jurisdiction over the Power Purchase Agreement ("PPA") at issue in this matter. It also filed a motion to dismiss in the prior-filed Georgia action asserting that the FERC's jurisdiction over the PPA preempted the Court's jurisdiction. *Mun. Elec. Auth. Ga. v. JEA*, No. 1:18-cv-4295-MHC, ECF #5 (October 2, 2018) (the "Georgia Motion to Dismiss"). In the memorandum accompanying the Georgia Motion to Dismiss, JEA similarly argued that "[the Northern District of Georgia] is preempted from considering the lawfulness and

enforceability of the PPA *unless and only if* FERC declares that it lacks jurisdiction over the PPA."

2. On February 21, 2019, FERC issued an order, previously filed as an exhibit to a prior Request for Judicial Notice by MEAG (Doc. Nos. 65 and 65-1), declaring that it does *not* have jurisdiction over the PPA. That order makes clear that the Georgia court's jurisdiction over this matter is not preempted, and consequently that the Georgia court retains full authority to decide the parties dispute.

3. On March 6, 2019, JEA filed a response to MEAG's Request for Judicial Notice in which JEA stated that the FERC order "remains subject to reconsideration among other relief" because JEA had "thirty days after the issuance of the Order to file a request for a rehearing." (Doc. No. 66.)

4. The thirty-day window for JEA to file for rehearing has now passed, which means that the Order is now final and non-appealable. 16 U.S.C. § 825l(b).

5. Because the FERC has ruled against JEA and JEA cannot appeal the ruling, it is now clear without a doubt that JEA's assertion of FERC jurisdiction is no bar to the Georgia court asserting jurisdiction over this matter.

6. The Court is entitled to take judicial notice of filings in other proceedings "to establish the fact of such litigation and related filings." *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994).

7. MEAG will also file a request for judicial notice in the prior-filed Georgia action, alerting that court that there is no bar to its exercising jurisdiction over JEA in that first-filed action.

Date: April 8, 2019

Respectfully submitted,

*/s/ Rebecca Woods*
Rebecca Woods
(admitted *pro hac vice*)
Seth Fortin
(admitted *pro hac vice*)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
*rwoods@seyfarth.com*
*sfortin@seyfarth.com*

Michael G. Tanner
Florida Bar No. 261300
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 350-7369
*mtanner@gunster.com*

Michael Levinson
(admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
*mlevinson@seyfarth.com*

J. Peter Coll, Jr.
(admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-3790
*pcoll@orrick.com*

*Attorneys for Defendant MEAG Power*

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to those persons registered to receive it in this case.

*s/ Rebecca Woods*______
Rebecca Woods