**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, FLORIDA,
a Florida municipal corporation, and
JEA, a body politic and corporate,

                Plaintiffs,

vs.                                        Case No. 3:18-cv-1174-J-39JRK

MUNICIPAL ELECTRIC AUTHORITY OF
GEORGIA, a public corporate and politic of
the State of Georgia,

                Defendant.
_____/

## O R D E R

This cause is before the Court on JEA's Motion for Leave to File a Reply in Support of its Motion to Disqualify Orrick as Counsel for MEAG (Doc. No. 41; "Motion"), filed November 16, 2018. Defendant Municipal Electric Authority of Georgia filed a response in opposition to the Motion on November 21, 2018. See MEAG's Opposition to JEA's Motion for Leave to File a Reply in Further Support of its Motion to Disqualify (Doc. No. 51). Upon due consideration of the parties' arguments and the file, it is

**ORDERED**:

1.      JEA's Motion for Leave to File a Reply in Support of its Motion to Disqualify Orrick as Counsel for MEAG (Doc. No. 41) is **GRANTED**.

2.      JEA shall have up to and including **May 14, 2019** to file a reply, **not to exceed seven (7) pages**, to Defendant MEAG's Memorandum of Law in Opposition to Plaintiff JEA's Motion to Disqualify Orrick, Herrington & Sutcliffe LLP as MEAG's Counsel (Doc. No. 37).

-2-

3. Defendant Municipal Electric Authority of Georgia may (but is not required to) file a sur-reply no later than **May 29, 2019**. Any sur-reply shall not exceed **seven (7) pages**.

**DONE AND ORDERED** at Jacksonville, Florida on May 9, 2019.

                                            JAMES R. KLINDT
                                            United States Magistrate Judge

bhc
Copies to:
Counsel of Record