# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CITY OF JACKSONVILLE, FLORIDA
and JEA,

     Plaintiffs,

vs.                                                    Case No. 3:18-cv-1174-J-39JRK

MUNICIPAL ELECTRIC AUTHORITY
OF GEORGIA,

     Defendant.

_____

## JEA'S NOTICE OF FILING ORDER DENYING MEAG'S ELEVENTH CIRCUIT MOTION FOR AN INJUNCTION PENDING APPEAL

In connection with Plaintiffs' Motions to Remand [Docs. 28 and 29] and JEA's Motion to Disqualify Orrick as Counsel for MEAG [Doc. 25], JEA hereby files the attached Order denying the Municipal Electric Authority of Georgia's ("MEAG") FRAP 8 Motion for Injunction Pending Appeal, entered by the United States Court of Appeals for the Eleventh Circuit in the appeal styled, *Municipal Electric Authority of Georgia v. JEA*, No. 19-11373, arising out of the dismissal of Northern District of Georgia Civil Action File No. 1:18-CV-4295-MHC.

The dismissal of the Georgia action followed by the Eleventh Circuit's denial of MEAG's motion for an injunction pending appeal amplify that this matter is ready to be remanded to the Florida state courts where the substantial and novel questions of Florida constitutional, statutory, and municipal law and other pending motions and issues can be finally resolved.

Respectfully submitted this 4th day of June, 2019.

HOLLAND & KNIGHT LLP

By: /s/ Lawrence J. Hamilton II

George E. Schulz, Jr.
Florida Bar No. 169507
Buddy.schulz@hklaw.com
    Wanda.adair@hklaw.com
Lawrence J. Hamilton II
Florida Bar No. 335691
Larry.hamilton@hklaw.com
    Kathleen.griffith@hklaw.com
Frederick D. Page
Florida Bar No. 968587
Fred.Page@hklaw.com
    Kathleen.Griffith@hklaw.com
Joshua H. Roberts
Florida Bar No. 42029
Josh.Roberts@hklaw.com
    Cathy.luke@hklaw.com
Michael M. Gropper
Florida Bar No. 105959
Michael.gropper@hklaw.com
    Lynette.matthison@hklaw.com
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 353-2000
Fax:  (904) 358-1872

J. Allen Maines
Florida Bar No. 226270
Allen.maines@hklaw.com
Jacquelyn Thomas Watts
Florida Bar No. 112761
Jacquelyn.watts@hklaw.com
1180 West Peachtree Street NW
Atlanta, GA 30309

BEDELL, DITTMAR, DeVAULT,
PILLANS & COXE, P.A.
Henry M. Coxe, III
Florida Bar No. 155193
hmc@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 69626
mel@bedellfirm.com
John G. Woodlee
Florida Bar No. 0100990
jgw@bedellfirm.com
The Bedell Building

2

101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Attorneys for Plaintiff JEA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2019, a true and correct copy of this document was served electronically with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Lawrence J. Hamilton II

3