**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CITY OF JACKSONVILLE, FLORIDA and JEA,<br><br>        Plaintiffs,<br><br>    v.<br><br>MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA,<br><br>        Defendant. | Case No. 3:18-cv-01174-BJD-JRK |

**MEAG'S NOTICE OF FILING OF**
**MOTION FOR INJUNCTION PENDING APPEAL**

Defendant Municipal Electric Authority of Georgia ("MEAG") hereby provides notice that it has filed an Emergency Motion to Reopen Case and for an Injunction Pending Appeal in the Northern District of Georgia, in the action styled *Municipal Electric Authority of Georgia v. JEA*, No. 19-11373.  A copy of MEAG's Motion is attached.

By Notice dated June 4, 2019, JEA notified this Court of the Order entered by the United States Court of Appeals for the Eleventh Circuit denying MEAG's Motion for Injunction Pending Appeal filed in that Court. (Doc. 83).  However, JEA neglected to state that the Eleventh Circuit denial was "WITHOUT PREJUDICE to [MEAG] first seeking relief in the district court." MEAG has now sought that relief in the district court.

Date:  June 7, 2019

Respectfully submitted,

*/s/ Rebecca Woods*
Rebecca Woods
Georgia Bar No. 942321
Seth Fortin
Georgia Bar No. 759830
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500

Atlanta, Georgia   30309-3962
Telephone: (404) 885-1500
Facsimile:  (404) 892-7056

Michael G. Tanner
Florida Bar No. 261300
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 350-7369

Michael Levinson
(*pro hac application* to be filed)
SEYFARTH SHAW LLP
233 South Wacker Drive,  Suite 8000
 Chicago, Illinois 60606-6448
 Phone: (312) 460-5000
 Fax: (312) 460-7000

*Counsel for Defendant Municipal Electric Authority of Georgia*

**CERTIFICATE OF SERVICE**

    I certify that on June 7, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to those persons registered to receive it in this case.

                                        */s/ Rebecca Woods*
                                        Rebecca Woods