**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, FLORIDA,
a Florida municipal corporation, and
JEA, a body politic and corporate,

        Plaintiffs,

v.                                        Case No. 3:18-cv-1174-J-39JRK

MUNICIPAL ELECTRIC AUTHORITY OF
GEORGIA, a public corporate and politic
of the State of Georgia,

        Defendant.
_____/

**O R D E R**

    1.    JEA's *Unopposed* Motion for an Extension of Time to Respond to MEAG's Motion to Compel Production and Motion for Extension of Time to Supplement Sur-Reply or, Alternatively Motion to Strike JEA's Reply (Doc. No. 85), filed June 7, 2019, is **GRANTED**.

    2.    JEA shall have up to and including **June 26, 2019** to respond to MEAG's Motion to Compel Production and Motion for Extension of Time to Supplement Sur-Reply, or Alternatively, Motion to Strike JEA's Reply Brief (Doc. No. 81).

**DONE AND ORDERED** in Jacksonville, Florida on June 10, 2019.

*/s/ James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies:
Counsel of Record