**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE, FLORIDA,
a Florida municipal corporation, and
JEA, a body politic and corporate,

            Plaintiffs,

vs.                                                Case No. 3:18-cv-1174-J-39JRK

MUNICIPAL ELECTRIC AUTHORITY OF
GEORGIA, a public corporate and politic of
the State of Georgia,

            Defendant.
_____/

**O R D E R**

1. Defendant's Request for Oral Argument (Doc. No. 50; "Motion") is **GRANTED**.

2. A **hearing and oral argument** is set to take place before the undersigned on **TUESDAY, JULY 16, 2019 at 10:00 a.m.** in Courtroom 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida on the following motions:[1]

    A.    The Motion to Appear Pro Hac Vice (Doc. No. 16), filed October 17, 2018;

    B.    Plaintiff JEA's Motion to Disqualify Orrick as Counsel for MEAG and Incorporated Memorandum of Law (Doc. No. 25), filed October 30, 2018;

    C.    The Motion to Appear Pro Hac Vice (Doc. No. 35), filed November 13, 2018; and

    D.    MEAG's Motion to Compel Production and Motion for Extension of Time to Supplement Sur-Reply, or Alternatively, Motion to Strike JEA's Reply Brief (Doc. No. 81), filed May 29, 2019.

---

[1] Although Defendant requested oral argument only, the undersigned has determined that an evidentiary hearing may be necessary to resolve the issues raised in the motions.

At the hearing, the parties may present testimony and any other evidence supporting their respective positions. **Counsel of record for each party most familiar with the Motions shall personally appear**.[2]

3. The parties shall bring to the hearing all relevant documents referred to in their respective filings, **including those that JEA claims are confidential or privileged**. To the extent a party believes a document is protected from disclosure, such determination will be made by the Court after examining the document in camera.

4. No later than **July 10, 2019**, the parties shall file a Joint Notice identifying the evidence and witnesses the parties intend to present at the hearing. The Joint Notice shall also include a brief summary of the testimony that will be offered.

**DONE AND ORDERED** at Jacksonville, Florida on June 19, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Counsel of Record

---

[2] The parties are reminded that photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are generally prohibited in the Courthouse. Counsel only may bring personal electronic devices into the United States Courthouse as provided for in the General Order (Doc. No. 1), No. 6:13-mc-94-Orl-22, signed September 26, 2013 and entered October 1, 2013. The device(s) must be on silent mode while in the courtroom.